✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 7 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
                Plaintiff,    )   3:11-MJ-0080-VPC
                                         )
v.                                       )
                                         )
FRANCISCO TRUJILLO-SANCHEZ,              )
                                         )
                Defendant.    )

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on June 30, 2011, against FRANCISCO TRUJILLO-SANCHEZ, Defendant herein.

This dismissal is warranted due to the fact an Indictment was filed on July 6, 2011, as to PEDRO ZAMORA-OCHOA, aka Francisco Trujillo-Sanchez, and JOSE PRECIADO-FLORES, Case No. 3:11-CR-00081-HDM-RAM.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: _____
MEGAN RACHOW
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: July 7, 2011

_____
UNITED STATES MAGISTRATE JUDGE