1

2

3

4

5

6

7

8

9

10

11                           **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**

13

14   UNITED STATES OF AMERICA,        )        3:11-cr-00081-HDM-RAM
                                       )
15                 Plaintiff,          )
                                       )
16   vs.                               )        ORDER
                                       )
17   PEDRO ZAMORA-OCHOA, and JOSE      )
     PRECIADO-FLORES,                  )
18                                     )
                   Defendants.         )
19   _____)

20        The defendants' motion for leave to file pretrial motions

21   pertaining to discovery matters after the August 26, 2011 deadline

22   (#34, #38) is denied without prejudice.

23        DATED: This 25th day of August, 2011.

24

25                              _____
                                UNITED STATES DISTRICT JUDGE
26

27

28