**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cr-00081-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PEDRO ZAMORA-OCHOA, and JOSE PRECIADO-FLORES, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On August 22, 2011, defendant Pedro Zamora-Ochoa filed three motions, in which defendant Jose Preciado-Flores joined (#31, #32, #33, #35, #36, #37). The parties' stipulation to continue trial filed on September 27, 2011 (#42) stated the government "did not oppose" the motions and was informally responding to them by providing the requested information to defense counsel. There has been no formal response to the motions. Accordingly, the

1

1  government shall have until December 13, 2011, to file any
2  objections to the motions.  If no objections are filed, the motions
3  will be granted.
4       DATED: This 6th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE