1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,       )       3:11-cr-00081-HDM-WGC-1
                                    )
12                 Plaintiff,       )
                                    )       ORDER
13                                  )
    vs.                             )
14                                  )
    PEDRO ZAMORA-OCHOA,             )
15                                  )
                   Defendant.       )
16  _____)

17       Rene L. Valladares, Federal Public Defender, and Nisha Brooks-

18  Whittington, Assistant Federal Public Defender, have filed a motion

19  to withdraw (#130) as defendant's counsel of record. The court

20  received and reviewed the reduction of sentence report on defendant

21  prepared by probation.  The report concludes defendant is ineligible

22  for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment

23  782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014,

24  as he received a sentence of the statutory minimum pursuant to the

25  offense of conviction.

26       The court appointed defendant counsel to determine whether he

27  qualifies for a reduction of sentence.  Based upon probation's report,

28  counsel does not intend to file a motion for a reduction. The court

                                    1

1   will therefore grant the motion to withdraw.

2       Prior to the appointment of counsel, defendant filed a motion for

3   sentence reduction under Amendment 782.  The court does not find a

4   response from the United States Attorney's office is necessary for a

5   ruling on defendant's motion.  Defendant was sentenced to the

6   statutory minimum pursuant to the offense of conviction and is

7   therefore ineligible for a sentence reduction under the amendment.

8       Accordingly, defendant's motion to withdraw (#130) is **GRANTED.**

9       Furthermore, defendant's motion for sentence reduction under

10  Amendment 782(#127) is **DENIED.**

11      IT IS SO ORDERED.

12      DATED: This 19th day of January, 2016.

13

14                    _Howard D McKibben_
                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28